UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND HOENE,<br><br>    Defendant. | Case No. CR06-0165-RSM-JPD<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:   May 24, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has a background of previous failures to appear.

(2)   Defendant's history reveals probation revocations indicating an inability or unwillingness to comply with the terms of his supervision.

(3)   Defendant is associated with one alias name and four social security numbers.

(4)   Defendant has been convicted of the offense of Eluding a Police Officer.

(5)   Defendant has prior and on-going substance-abuse issues.

(6) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of May, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge