**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>          Plaintiff, ) <br>   v. ) <br> RAYMOND HOENE, ) <br>          Defendant. ) | NO. CR06-0165 RSM <br><br> ORDER GRANTING <br> MOTION TO CONTINUE <br> TRIAL AND MOTIONS DATE |

THE COURT having considered the motion of the defendant, the records and files herein, makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 USC §3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 USC §3161(h)(8)(A).

**IT IS THEREFORE ORDERED** that the trial date for Raymond Hoene is September 11, 2006, and that pretrial motions shall be filed by July 6, 2006.

ORDER GRANTING MOTION TO CONTINUE TRIAL
AND MOTIONS DATE (CR06-165 RSM) - 1

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue So.
Seattle, Washington 98104
(206) 682-1016

1     **IT IS FURTHER ORDERED** that the period of time from the current trial date
2 of July 31, 2006, up to and including the new trial date of September 11, 2006, shall be
3 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

5     DATED this _26__ day of __June_, 2006.

                                                                                                                                     RICARDO S. MARTINEZ
                                                                                                                                     UNITED STATES DISTRICT JUDGE

9 Presented by:
   __s/James L. Vonasch_____
10 James L. Vonasch
    WSBA #2353
11 Attorney for Defendant Hoene

ORDER GRANTING MOTION TO CONTINUE TRIAL
AND MOTIONS DATE (CR06-165 RSM) - 2

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue So.
Seattle, Washington 98104
(206) 682-1016