Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAYMOND HOENE, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR06-0165 RSM <br><br> ORDER ON JOINT MOTION <br> TO CONTINUE TRIAL DATE |

This matter came before the Court on the joint motion of the parties for a continuance of the trial date in this matter, currently set for September 11, 2006. Upon consideration of the parties' motion, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by continuing the trial date to October 10, 2006, outweigh the best interests of the public and the defendant in a speedy trial as has been asserted in the parties motion; and that the parties have demonstrated as required by 18 U.S.C. §3161(h)(8)(B)(iv) that failure to grant the motion would deny counsel for the defense reasonable time necessary for effective representation, taking into account the exercise of due diligence

WHEREFORE IT IS ORDERED that trial in this matter is continued until October 10, 2006.

IT IS FURTHER ORDERED that, for the purpose of computing the time

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE (CR06-165 RSM) - 1

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue So.
Seattle, Washington 98104
(206) 682-1016

limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3174, the period of delay from September 11, 2006, up to and including October 10, 2006, is excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED this 8th day of September, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

__s/James L. Vonasch_____
James L. Vonasch
WSBA #2353
Attorney for Defendant Hoene

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE (CR06-165 RSM) - 2

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue So.
Seattle, Washington 98104
(206) 682-1016